UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PATRICK J. CLARKE,

    Plaintiff,

v.

RICHARD D. SYMANSKY and RICHARD D. SYMANSKY, P.C.,

    Defendants.

No. 16-CV-1489 (FJS)(DJS)

Notice of Dismissal

Under Federal Rule of Civil Procedure 41(a)(1), Plaintiff dismisses his claims with prejudice.

Dated: New York, New York
February 27, 2017

Bromberg Law Office, P.C.
Attorneys for Plaintiff

By: /s/ Brian L. Bromberg
Brian L. Bromberg
26 Broadway, 21st Floor
New York, NY 10004
(212) 248-7906

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: February 27, 2017
Syracuse, NY

1